# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134181

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

DAVID WILKE,
       Defendant-Appellant.

SC: 134181
COA: 274248
Wayne CC: 94-003938; 94-008807

_____/

On order of the Court, the application for leave to appeal the May 3, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

Clerk

d0830